UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE SESSA,<br><br>          Plaintiff,<br><br>-against-<br><br>KIRSCHENBAUM & PHILLIPS, P.C.,<br><br>          Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No. CV-11-2099 (SJF)(WDW) |

NOW COMES Plaintiff, CATHERINE SESSA ("Plaintiff"), by and through the undersigned counsel and hereby informs the Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Dated: July 12, 2011    RESPECTFULLY SUBMITTED,

               KROHN & MOSS, LTD.


               By: /s/ Adam T. Hill

               Adam T. Hill,
               Krohn & Moss, Ltd.
               120 W. Madison St., 10th Fl.
               Chicago, IL 60602
               Phone: (312) 578-9428 ext. 242
               Fax: (866) 802-0021
               E-mail: ahill@consumerlawcenter.com
               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 12, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record, including:

 Robert L. Arleo
 164 Sunset Park Road
 Haines Falls, NY 12436
 r.arleo@sbcglobal.net
 Attorney for Defendant


           By: /s/ Adam T. Hill

             Adam T. Hill,
             Krohn & Moss, Ltd.
             120 W. Madison St., 10th Fl.
             Chicago, IL 60602
             Phone: (312) 578-9428 ext. 242
             Fax: (866) 802-0021
             E-mail: ahill@consumerlawcenter.com
             Attorney for Plaintiff